UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DESIRA VEGA,

                Plaintiff,

     v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

CASE NO.: 1:22-cv-00661-GSA

**ORDER GRANTING STIPULATED EXTENSION FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to the parties' stipulation, and for cause shown (the birth of counsel's child), it is

**ORDERED** that Plaintiff's deadline to file a motion for summary judgment is extended 60 days

from November 14, 2022 to January 13, 2023.  All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated:   **November 8, 2022**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE