# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRA VEGA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Case No. 1:22-cv-0661 JLT GSA<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF DESIRA VEGA AND AGAINST DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY<br><br>(Docs. 15, 16, 18) |

  Desira Vega initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for supplemental security income under Title XVI of the Social Security Act. (Doc. 1.) The assigned magistrate judge determined Plaintiff did not show error by the ALJ in determining her mental residual functional capacity. (Doc. 18 at 11-13.) However, the magistrate judge found the ALJ erred in evaluating the medical

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this suit.

1

1  record related to Plaintiff's physical impairments and failed to properly "incorporate Plaintiff's
2  limitation to occasional reaching in all direction with the right upper extremity" in the residual
3  functional capacity. (*Id.* at 13, emphasis omitted.) Therefore, the magistrate judge recommended
4  Plaintiff's motion for summary judgment be granted, the matter be remanded for further
5  administrative proceedings, and that judgment be entered in favor of Plaintiff. (*Id.* at 14.)

6  The Court served the Findings and Recommendations and notified the parties that any
7  objections were due within 14 days. (Doc. 18 at 14.) The Court advised the parties that the
8  "failure to file objections within the specified time may result in the waiver of rights on appeal."
9  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Neither party filed
10 objections, and the time to do so has passed.

11 According to 28 U.S.C. § 636 (b)(1)(c), this Court performed a *de novo* review of the
12 case. Having carefully reviewed the matter, the Court concludes the Findings and
13 Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

14  1. The Findings and Recommendations issued on February 28, 2024 (Doc. 18) are
15     **ADOPTED** in full.
16  2. Plaintiff's motion for summary judgment (Doc. 15) is **GRANTED**.
17  3. Defendant's request to affirm the decision (Doc. 16) is **DENIED**.
18  4. The matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for
19     further proceedings.
20  5. The Clerk of Court is directed to enter judgment in favor of Plaintiff Desira Vega,
21     and against Defendant Martin O'Malley, Commissioner of Social Security, and to
22     close this case.

IT IS SO ORDERED.

Dated:  **March 26, 2024**

UNITED STATES DISTRICT JUDGE

2