UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRA VEGA,<br><br>          Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security,<br><br>          Defendant. | CASE NO.: 1:22-cv-00661-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br><br>(Doc. 21) |

Pursuant to stipulation, Doc. 21, it is ORDERED that attorney fees and expenses of $6,300 are awarded to Plaintiff subject to the terms set forth in the stipulation dated June 25, 2024.

IT IS SO ORDERED.

Dated:   **June 26, 2024**              /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE